1  JOSEPH M. SWEENEY, ESQ. (78363)
   **SWEENEY, MASON, WILSON & BOSOMWORTH**
2  A Professional Law Corporation
   983 University Avenue, Suite 104C
3  Los Gatos, CA  95032-7637
   Telephone:   (408) 356-3000
4  Facsimile:   (408) 354-8839

5  Attorneys for Use-Plaintiff
   TAURUS ROOF SERVICES, INC. dba
6  WATERPROOFING ASSOCIATES

7

8  Michelle Leu Zaccone, Esq. (Bar No. 188504)
   Lori A. Lutzker, Esq. (Bar No. 124589)
9  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
10 216 Park Road
   P.O. Box 513
11 Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
12 Facsimile:   (650) 342-7685

13 Attorneys for Defendants
   Kudsk Construction, Inc. and
14 Travelers Casualty and Surety Company of America        *E-FILED - 2/7/07*

15

16                    UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | UNITED STATES OF AMERICA, for the      | CASE NO.: C06-06842 RMW
   | use and benefit of:                    |
19 |                                        | **STIUPLATION FOR ADR AND
   | TAURUS ROOF SERVICES, INC. dba         | [PROPOSED] ORDER SELECTING
20 | WATERPROOFING ASSOCIATES, a            | ADR PROCESS**
   | California corporation                 |
21 |                                        |
22 |        Plaintiff,                      |
23 | v.                                     |
24 | KUDSK CONSTRUCTION, INC., a            |
   | California corporation, TRAVELERS      |
25 | CASUALTY & SURETY COMPANY OF           |
   | AMERICA, a Connecticut corporation, and|
26 | DOES 1 through 10, inclusive,          |
27 |        Defendants.                     |
28 | AND RELATED CROSS-ACTION               |

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  **Court Processes:**
5  Mediation (ADR L.R. 6)
6  The parties agree to hold the ADR session by the presumptive deadline. *(The deadline is*
7  *90 days from the date of the order referring the case to an ADR process unless otherwise*
8  *ordered.)*

10  Dated: January 12, 2007

_____
JOSEPH M. SWEENEY, ESQ.
Attorneys for Use-Plaintiff
TAURUS ROOF SERVICES, INC. dba
WATERPROOFING ASSOCIATES

14  Dated: January 17, 2007

_____
LORI A. LUTZKER, ESQ.
Attorneys for Defendants/Cross-Complainants
KUDSK CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The deadline for the ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

24  Dated: 2/7/07

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge