| | |
|---|---|
| 1 | JOSEPH M. SWEENEY, ESQ. (78363) |
| 2 | DANA COREY, ESQ. (138378) |
|   | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
| 3 | A Professional Law Corporation |
|   | 983 University Avenue, Suite 104C |
| 4 | Los Gatos, CA  95032-7637 |
|   | Telephone:   (408) 356-3000 |
| 5 | Facsimile:    (408) 354-8839 |
| 6 | Attorneys for Use-Plaintiff |
|   | TAURUS ROOF SERVICES, INC. dba |
| 7 | WATERPROOFING ASSOCIATES |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 5/4/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of: | CASE NO.: C06-06842 RMW |
| TAURUS ROOF SERVICES, INC. dba WATERPROOFING ASSOCIATES, a California corporation | **STIUPLATION TO CONTINUE MEDIATION COMPLETION DATE AND [XXXXXXXXXX] ORDER THEREON** |
| Plaintiff, | |
| v. | |
| KUDSK CONSTRUCTION, INC., a California corporation, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

WHEREAS at the Case Management Conference held on February 16, 2007, the Court ordered this matter to Court Mediation.  Pursuant to that order, a Notice of Appointment of Mediator was issued and assigned Richard Jaeger, Esq. as mediator.

1  WHEREAS, in accordance with the Court's order, the parties scheduled mediation with
2  Richard Jaeger, Esq., for May 1, 2007.
3  WHEREAS on April 24, 2007, the Court's ADR department notified counsel in this
4  matter that Richard Jaeger, Esq. had passed away and that the Court must now appoint a new
5  mediator to this matter.
6  WHEREAS due to the parties awaiting the appointment of new mediator from the
7  Court's ADR department, the parties agree as follows:
8  IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
9  The deadline for which to conduct mediation in this matter be continued 90 days from
10  May 17, 2007, to August 15, 2007.

12  Dated: April 2͞4͞ 2007

SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____
DANA R. COREY, ESQ.
Attorneys for Use-Plaintiff
TAURUS ROOF SERVICES, INC. dba
WATERPROOFING ASSOCIATES

19  Dated: April 25, 2007

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN PLC

By: _____
LORI A. LUTZKER, ESQ.
Attorneys for Defendants/Cross-Complainants
KUDSK CONSTRUCTION, INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

26  ///
27  ///
28  ///

STIUPLATION TO CONTINUE MEDIATION COMPLETION DATE AND [xxxxxxxxxx] ORDER THEREON    2

[xxxxxxxxxxxx] ORDER

Pursuant to the Stipulation above, the deadline to conduct mediation in this matter is continued 90 days to August 15, 2007.

**IT IS SO ORDERED.**

Dated: ___5/4___, 2007     *Ronald M. Whyte*
                           HON. RONALD M. WHYTE
                           United States District Judge

STIUPLATION TO CONTINUE MEDIATION COMPLETION DATE AND [xxxxxxxxx] ORDER THEREON    3