JOSEPH M. SWEENEY, ESQ. (78363)
DANA R. COREY, ESQ. (138378)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032-7637
Telephone:     (408) 356-3000
Facsimile:      (408) 354-8839

Attorneys for Use-Plaintiff and Cross-Defendant
TAURUS ROOF SERVICES, INC. dba
WATERPROOFING ASSOCIATES


Michelle Leu Zaccone, Esq. (Bar No. 188504)
Lori A. Lutzker, Esq. (Bar No. 124589)
CARR, McCLELLAN, INGERSOLL, THOMPSON & RAND
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:     (650) 342-9600
Facsimile:      (650) 342-7685

Attorneys for Defendants and Cross-Complainant
Kudsk Construction, Inc. and Defendant
Travelers Casualty and Surety Company of America

***E-FILED - 10/11/07***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>TAURUS ROOF SERVICES, INC. dba WATERPROOFING ASSOCIATES, a California corporation<br><br>        Plaintiff,<br><br>v.<br><br>KUDSK CONSTRUCTION, INC., a California corporation, TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.: C06-06842 RMW<br><br>**STIUPLATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON** |

| | |
|---|---|
| 1 | AND RELATED CROSS-ACTION |

    IT IS HEREBY STIPULATED by and between use plaintiff and cross-defendant Taurus Roof Services, Inc. dba Waterproofing Associates, defendant and cross-complainant Kudsk Construction, Inc., and defendant Travelers Casualty & Surety Company of America through its' respective counsel that this action be dismissed with prejudice.

Dated: September 25, 2007

                                                DANA R. COREY, ESQ.
                                                Attorneys for Use-Plaintiff and Cross-Defendant
                                                TAURUS ROOF SERVICES, INC. dba WATERPROOFING ASSOCIATES

Dated: September 21, 2007

                                                LORI A. LUTZKER, ESQ.
                                                Attorneys for Defendants/Cross-Complainant KUDSK CONSTRUCTION, INC. and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## [PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby dismissed with prejudice.

    IT IS SO ORDERED.

Dated: 10/11/07

                                                *Ronald M. Whyte*
                                                HON. RONALD M. WHYTE
                                                United States District Judge